STATE OF NEW JERSEY v. SAMUEL JOHNSON.

February 1, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH CAVIGLIANO.

February 1, 1988.

Petition for certification denied.

PAUL SCHMIDT AND PATRICIA SCHMIDT, T/A PATCO
REALTY COMPANY v. MAYOR AND COUNCIL OF THE
BOROUGH OF FORT LEE.

February 1, 1988.

Petition for certification denied.

PASSAIC COUNTY BOARD OF TAXATION v. MUNICIPAL
COUNCIL OF THE CITY OF PATERSON.

February 1, 1988.

Petition for certification denied.